UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROPERTY OF THE PEOPLE, INC., )
1629 K St., NW, Suite 300 )
Washington, DC 20006, ) Judge _____
) Civil Action No. _____
and )
)
RYAN NOAH SHAPIRO, )
1629 K St., NW, Suite 300 )
Washington, DC 20006, )
)
      PLAINTIFFS )
)
  vs. )
)
DEPARTMENT OF JUSTICE )
950 Pennsylvania Ave., NW )
Washington, DC 20530 )
)
      DEFENDANT )
)

## **COMPLAINT**

### THE PARTIES

1. Property of the People, Inc. is a 501(c)(3) charitable organization dedicated to governmental transparency in the service of democracy.

2. Plaintiff Dr. Ryan Noah Shapiro is a founder of Property of the People. He received his Ph.D. from the Department of Science, Technology, and Society (HASTS) at the Massachusetts Institute of Technology, and is a former Research Affiliate at the Berkman Klein Center for Internet & Society at Harvard University. Plaintiff Dr. Ryan Noah Shapiro is a historian of national security, the policing of dissent, and governmental transparency.

1

3. Plaintiffs seek access to certain public records to write popular news and/or scholarly articles for distribution to the academic and general public. Their connections and relationships with a wide range of domestic and international media organizations will ensure that any story they prepare based on the information contained in these documents will be published and reprinted.

4. Defendant Department of Justice (DOJ) is an agency of the United States.

5. The Federal Bureau of Investigation (FBI) is a component of Defendant DOJ.

6. The FBI has possession, custody and control of the records Plaintiffs seek.

## JURISDICTION AND VENUE

7. This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

8. This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

9. Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### BACKGROUND

10. This case arises out of Plaintiffs' FOIA requests for specified FBI records (291-HQ-00, 291-HQ-0, 266I-HQ-00, 266I-HQ-0) and related field office records. The requested FBI records pertain to, and will allow Plaintiffs to shed necessary light on, the nature, evolution, efficacy, and impacts of FBI and DOJ domestic terrorism operations related to animal rights activists.

11. Given the FBI's crackdown on animal rights activists in the early aughts, which some

have referred to as the "Green Scare"[1]; the collaboration between the FBI and other law enforcement agencies and pharmaceutical, agricultural, and other industries to surveil, discredit, and prosecute activists; the controversial and continuing political, social, cultural, and civil libertarian impacts of the FBI's tactics on the animal rights movement; and the potential to chill or undermine political speech, the significant public interest in the disclosure of the requested records to Plaintiffs is manifest.

12. The FBI has attempted to thwart Plaintiffs' FOIA requests for these important records by unlawfully delaying its response, conducting an inadequate search, and improperly withholding records.

## PLAINTIFF'S FOIA REQUESTS

<u>Request to FBI relating to 291-HQ-00, 291-HQ-0, and related field office records</u>

13. On September 8, 2023, Plaintiffs submitted a FOIA request to the FBI for records related to FBI file 291-HQ-00, 291-HQ-0, all field office "00" files for classification code 291, and all field office "0" files for classification code 291. The FBI assigned the request tracking number 1605899-000.

14. On October 24, 2023, the FBI responded to Plaintiffs that it was unable to identify records subject to the FOIPA that are responsive to Plaintiff's request. Accordingly, the FBI closed the request..

15. On October 25, 2023, Plaintiffs administratively appealed the FBI's response, highlighting the inadequacy of the search conducted by the FBI. The Office of Information Policy ("OIP") assigned the appeal tracking number A-2024-00229. OIP

---

[1] Will Potter, GREEN IS THE NEW RED: AN INSIDER'S ACCOUNT OF A SOCIAL MOVEMENT UNDER SIEGE 92 (2011).

failed to rule on the appeal within 20 business days. Plaintiffs have therefore exhausted their administrative remedies with respect to request 1605899-000.

Request to FBI relating to 266I-HQ-00, 266I-HQ-0, and related field office records

16. On September 8, 2023, Plaintiffs submitted a FOIA request to the FBI for records related to FBI file 266I-HQ-00, 266I-HQ-0, all field office "00" files for classification code 266I, and all field office "0" files for classification code 266I. The FBI assigned the request tracking number 1605898-000.

17. On September 28, 2023, the FBI responded to Plaintiffs that it was unable to identify records subject to the FOIPA that are responsive to Plaintiff's request. Accordingly, the FBI closed the request.

18. The very same day, September 28, 2023, Plaintiffs administratively appealed the FBI's response, highlighting the inadequacy of the search conducted by the FBI. OIP assigned the appeal tracking number A-2023-02122. OIP failed to rule on the appeal within 20 business days. Plaintiffs have therefore exhausted their administrative remedies with respect to request 1605898-000.

COUNT I:
VIOLATION OF FOIA

19. This Count realleges and incorporates by reference all of the preceding paragraphs. All documents referenced in this Complaint are incorporated by reference as if set forth fully herein.

20. The FBI has improperly withheld records responsive to FOIA request tracking numbers 1605899-000 and 1605898-000.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiffs respectfully request that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order Defendant to disclose the records being wrongfully withheld;

(3) Grant Plaintiffs an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiffs such other and further relief which the Court deems proper.


Dated this 5th day of March 2024

Respectfully submitted,


 /s/ Jeffrey Light_____
Jeffrey L. Light
LAW OFFICE OF JEFFREY LIGHT
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

/s/ Steffen Seitz_____
Steffen Seitz
ANIMAL ACTIVIST LEGAL DEFENSE PROJECT, STURM COLLEGE OF LAW
Washington State Bar #61682
7104 Woodlawn Ave NE, Unit S419
Seattle, WA 98115
(281) 736-9959
Steffen.Seitz@du.edu

*Pro hac vice motion pending*
*Attorneys for Plaintiffs*